# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

MITCHELL LEE VARNELL,

    Plaintiff,

v.

WASHINGTON DEPARTMENT OF CORRECTIONS,

    Defendant.

CASE NO. 3:15-CV-05443-BHS-DWC

ORDER TO SHOW CAUSE

Before the Court is Defendants' Motion for Summary Judgment, filed on February 7, 2017. Dkt. 130. On February 1, 2017, Plaintiff filed a Notice of Appeal, appealing the Order Denying Plaintiff's Motion for Preliminary Injunction. *See* Dkts. 32, 106, 120, 124, 126, 127, 128. Plaintiff's appeal is limited to his request for cushioned transportation seats. *See id.*

While the filing of an interlocutory appeal does not automatically stay proceedings in the district court, the district court has broad discretion to decide whether a stay is appropriate to "promote economy of time and effort for itself, for counsel, and for litigants." *Filtrol Corp. v. Kelleher,* 467 F.2d 242, 244 (9th Cir. 1972) (quotations and citations omitted). "A trial court

may, with propriety, find it is efficient for its own docket and the fairest course for the parties to enter a stay of an action before it, pending resolution of independent proceedings which bear upon the case." *Mediterranean Enterprises, Inc. v. Ssangyong Corp.,* 708 F.2d 1458, 1465 (9th Cir. 1983); *Leyva v. Certified Grocers of California Ltd.,* 593 F.2d 857, 863–64 (9th Cir.1979); *Ass'n of Irritated Residents v. Fred Schakel Dairy*, 634 F. Supp. 2d 1081, 1094 (E.D. Cal. 2008); *Jenkins v. Vail,* 2009 WL 3415902, at *1 (E.D. Wash. Oct. 21, 2009) (staying motion for summary judgment pending Court of Appeals ruling on order denying motion for temporary restraining order).

      Here, the argument raised in Defendants' Motion for Summary Judgment regarding whether Defendants were deliberately indifferent to Plaintiff's medical needs when they transported Plaintiff in a car with cushioned seats relates to the same issue addressed by the Court in its Order Denying Plaintiff's Motion for Preliminary Injunction. *See* Dkts. 106, 124. Because the Ninth Circuit's ruling on the interlocutory appeal could impact the Court's disposition of the pending proceedings, waiting until the issues on appeal are decided will avoid unnecessary litigation and provide direction to this Court. *See Jenkins,* 2009 WL 3415902 at 1. Thus, a stay of this matter pending the Ninth Circuit's decision on appeal would serve the interests of fairness and "promote economy of time and effort" for the Court and the parties. *Kelleher,* 467 F.2d at 244.

      Accordingly, the parties are directed to show cause on or before April 28, 2017 why this matter should not be stayed, pending the outcome of Plaintiff's appeal of the Order Denying Plaintiff's Motion for Preliminary Injunction.

      The Clerk's Office is directed to re-note Defendants' Motion for Summary Judgment (Dkt. 130) for April 28, 2017.

Dated this 11th day of April, 2017.

David W. Christel
United States Magistrate Judge