UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MITCHELL LEE VARNELL,

    Plaintiff,

v.

WASHINGTON DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.

CASE NO. 3:15-cv-05443-BHS-DWC

ORDER DENYING MOTION FOR RECORDS

Plaintiff Mitchell Lee Varnell, proceeding *pro se* and *in forma pauperis*, filed this civil rights complaint under 42 U.S.C. § 1983.

Plaintiff originally filed his Complaint in June of 2015. Dkt. 1. Plaintiff subsequently filed a Motion for Preliminary Injunction. Dkt. 32. In January of 2017, the District Court, upon reconsideration, adopted this Court's Report and Recommendation and denied Plaintiff's Motion for Preliminary Injunction. Dkt. 124. Plaintiff appealed this decision to the Ninth Circuit Court of Appeals. Dkt. 126. In light of this appeal, the Court stayed the action. Dkt. 154. In response to a Motion for Clarification (Dkt. 157), the Court clarified that it would not consider "any pending

or future motions filed with the Court until the Ninth Circuit has resolved the pending appeal" (Dkt. 161). Plaintiff subsequently filed a Request for Public Records. Dkt. 163. The Court interprets this Request as a Motion to Produce Records ("Motion"). The Ninth Circuit has not yet ruled on Plaintiff's appeal. *See* Dkt.

In light of the Court's previous Order limiting consideration of motions until after the Ninth Circuit has ruled, Plaintiff's Motion (Dkt. 163) is denied without prejudice. Plaintiff may refile the Motion after the Ninth Circuit has concluded his appeal. However, Plaintiff references several letters he apparently sent to the Court and various exhibits attached to his appeals brief to the Ninth Circuit. The Court cannot locate any of these documents in this case's docket. Therefore, even if the Court granted his Motion, the Court would not be able to produce the documents he requests.

The Clerk is directed to provide a copy of this Order to Plaintiff.

Dated this 1st day of December, 2017.

David W. Christel
United States Magistrate Judge